USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1119 Garden LLC,

          Plaintiff,

    –v–

Norguard Insurance Company,

          Defendant.

19-cv-10620 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    According to the April 22, 2020 Civil Case Management Plan and Scheduling Order, Dkt. No. 11, the parties in the above-captioned action were required to advise the Court by joint letter on or before June 25, 2020 whether they would seek referral to the Magistrate Judge for a settlement conference. As of the date of this Order, the Court has received no such submission. The parties are hereby ORDERED to file the above-referenced joint letter no later than July 10, 2020.

    SO ORDERED.

Dated: July 2, 2020
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge